IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAVON LOFLAND, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-370 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| WESTERN PSYCHIATRIC INSTITUTE AND CLINIC OF UPMC PRESBYTERIAN SHADYSIDE, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Plaintiff's "Motion for Immediate Trial" (**Doc. 7**) is **DENIED**.  With respect to Plaintiff's Motion (Doc. 8) for appointment of counsel, Plaintiff has failed to place into the record sufficient allegations and/or information for the Court to conclude that his claim has "some arguable merit in fact and law."  Johnson v. Stempler, 2010 WL 1226127, *2 (3d Cir. Mar. 31, 2010) (indigent civil litigant possesses neither constitutional nor statutory right to appointed counsel, and, as "a threshold matter," his claim must be arguably meritorious before court will appoint counsel) (citing and quoting Tabron v. Grace, 6 F.3d 147, 153 (3d Cir. 1993), other citations and quotations omitted).  In light of the foregoing, the Court need not reach the remaining *Tabron* factors, and Plaintiff's Motion (**Doc. 8**) is **DENIED**.

IT IS SO ORDERED.


April 8, 2013                                              s\Cathy Bissoon
                                                                                            Cathy Bissoon
                                                                                            United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Shavon Lofland
4812 Rosetta Street
Pittsburgh, PA  15224